UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

Plaintiff,

vs.

+/- 26.02 ACRES OF LAND IN
MARION COUNTY FLORIDA,
SANDY MCBRIDE AS TRUSTEE
UNDER TRUST AGREEMENT
DATED JULY 7, 2003; MCBRIDE
MANAGEMENT-BRR, LLC;
RENASANT BANK, INC.; AND
UNKNOWN OWNERS, IF ANY,

Defendants.
_____/

Case No.:
Tract No(s): FL-MA-037.505, FL-MA-038.005, FL-MA-038.010, FL-MA-038.015, FL-MA-038.020, FL-MA-038.025, FL-MA-038.030, FL-MA-038.035, FL-MA-038.040, FL-MA-038.045, FL-MA-038.050, FL-MA-038.055, FL-MA-038.057, FL-MA-038.060, FL-MA-038.065, FL-MA-038.070, FL-MA-038.075

## COMPLAINT

Plaintiff, Sabal Trail Transmission, LLC ("Sabal Trail"), files this Complaint to condemn easement interests necessary for its interstate natural gas pipeline project and states:

### Nature of Action and Parties

1. This condemnation action is authorized by the Natural Gas Act, 15 U.S.C. §§ 717-717z, and governed by Rule 71.1 of the Federal Rules of Civil Procedure.

2. Sabal Trail is a Delaware limited liability company authorized to do business in the State of Florida, and its principal place of business is located at 5400 Westheimer Court, Houston, Texas 77056-5310.

3. Sabal Trail seeks to condemn easement interests in property located in Marion County, Florida ("Owner's Larger Parcel"). The Owner's Larger Parcel is described in Exhibit 1, which is incorporated by this reference.

4. The easement interests that Sabal Trail seeks to condemn are set forth in Exhibit 2 ("Subject Easements"), which is incorporated by this reference.

5. The persons known to Sabal Trail to have or claim an interest in the Subject Easements are named as Defendants in this action and are listed in Exhibit 3, which is incorporated by this reference.

6. There may be additional persons who have or claim an interest in the Subject Easements whom Sabal Trail has not been able to identify. Sabal Trail has included these unknown persons as Defendants in this action under the designation "Unknown Owners" pursuant to Rule 71.1(d)(3)(B) of the Federal Rules of Civil Procedure.

## Jurisdiction and Venue

7. Jurisdiction and venue are proper in this Court pursuant to 15 U.S.C. § 717f(h), 28 U.S.C. § 1331, and 28 U.S.C. § 1391(b)(2).

8. On February 2, 2016, the Federal Energy Regulatory Commission ("FERC") entered an Order issuing a Certificate of Public Convenience and Necessity ("FERC Certificate") that authorizes Sabal Trail to construct and operate an interstate natural gas pipeline project known as the Sabal Trail Project ("Project"). The Project consists of a natural gas pipeline and related facilities that will be constructed and

operated in Alabama, Georgia, and Florida. A copy of the FERC Certificate is attached as Exhibit 4, which is incorporated by this reference.

9. FERC has conclusively determined that the Subject Easements are necessary to construct and operate the Project.

10. Sabal Trail has been unable to acquire the Subject Easements by contract.

11. Sabal Trail offered to purchase the Subject Easements from known owners for at least $3,000.00, but the offer was not accepted. Upon information and belief, Defendants claim the value of the Subject Easements is more than $3,000.00.

## Factual Background

12. FERC has determined that the Project is necessary and in the public interest. The Project will increase energy diversity, security, and reliability to southeastern markets and will provide consumers and businesses with critical access to an affordable, new natural gas supply. The Project will supply natural gas to Florida Power & Light Company and Duke Energy Florida, LLC, for their power generation needs.

13. The Project includes 516.2 miles of pipeline and related facilities, including 481.6 miles of mainline pipeline in Alabama, Georgia, and Florida; 13.1 miles of lateral pipeline (the Hunters Creek Line) in Florida; 21.5 miles of lateral pipeline (the Citrus County Line) in Florida; and five new natural gas-fired compressor stations.

14. The Project also includes the Central Florida Hub at the termination of the mainline pipeline in Osceola County, Florida. A hub is a location where two or more pipeline systems interconnect. A hub creates a marketplace where buyers can seek the

least expensive natural gas from multiple sellers. The Central Florida Hub will be the first natural gas hub in Florida.

15. The mainline, the Hunter's Creek Line, the Citrus County Line, three of the five compressor stations, the Central Florida Hub, and related facilities are described as the Project's Phase I Facilities.  The in-service date for completing the Phase I Facilities is May 1, 2017.

16. FERC's determination of a public need for the Project, as well as its other findings in the FERC Certificate, are conclusive and cannot be collaterally attacked in this action.

## Right to Condemn Subject Easements

17. The Natural Gas Act, 15 U.S.C. § 717f(h), authorizes Sabal Trail to condemn the Subject Easements because Sabal Trail is the holder of a FERC Certificate, FERC has determined the Subject Easements are necessary for the construction and operation of the Project, and Sabal Trail is unable to acquire the Subject Easements by contract.

18. Sabal Trail is entitled to a Final Judgment of Condemnation of the Subject Easements and such further relief as may be just and proper.

## REQUESTED RELIEF

WHEREFORE, Sabal Trail respectfully requests that this Court grant the following relief:

      a.      Schedule briefing deadlines and a hearing, not later than 45 days from the filing of the Complaint, on Plaintiff's Motion for Partial Summary Judgment and Motion for Preliminary Injunction filed simultaneously herewith;

      b.      Following such hearing, enter an order establishing that Plaintiff has the right to condemn the Subject Easements and enter a preliminary injunction granting Plaintiff immediate possession to begin the pre-construction and construction activities of the Project;

      c.      Thereafter, pursuant to Rule 71.1 of the Federal Rules of Civil Procedure, determine just compensation for the condemnation of the Subject Easements;

      d.      Upon payment of just compensation, render a judgment condemning the Subject Easements; and

      e.      Render such additional relief as may be just and proper.

Respectfully submitted,

*s/ Bruce M. Harris*
**BRUCE M. HARRIS, Lead Trial Counsel**
Florida Bar Number: 003697
bruce@hhbzlflorida.com
**GORDON H. HARRIS, ESQ.**
Florida Bar Number: 94513
stumpy@hhbzlflorida.com
**KURTIS T. BAUERLE, ESQ.**
Florida Bar Number: 148504
kurt@hhbzlflorida.com
**FELECIA G. ZIEGLER, ESQ.**
Florida Bar Number: 883514
felecia@hhbzlflorida.com
**EDGAR LOPEZ, ESQ.**
Florida Bar Number: 12917
edgar@hhbzlflorida.com
**HARRIS HARRIS BAUERLE ZIEGLER LOPEZ**

    1201 East Robinson Street
    Orlando, Florida  32801
    Tel. (407) 843-0404
    Fax (407) 843-0444
    pleadings@hhbzlflorida.com
    Attorneys for Sabal Trail Transmission, LLC