GRANT OF EASEMENT

STATE OF [*STATE*]

COUNTY OF *<COUNTY>*                                          TRACT NO. **<Tract No.>**

     KNOWN ALL BY THESE PRESENTS: that the undersigned **<Owner>**, whose address for purpose of this grant is **<Address>** (hereinafter called "Grantor", whether one or more), for and in consideration of the sum of Ten and 00/100 Dollars ($10.00) and other valuable consideration paid by Sabal Trail Transmission, LLC, a Delaware limited liability company, whose address is 5400 Westheimer Court, Houston, Texas (hereinafter called "Grantee"), the receipt and sufficiency of which are hereby acknowledged, does hereby give, grant, bargain, sell and convey unto Grantee, its successors and assigns, a permanent right-of-way and easement ("Right-of-Way") for the purpose of constructing, laying, maintaining, operating, inspecting, altering, repairing, replacing, removing, reconstructing, relocating, and abandoning a pipeline, from time to time, and any and all necessary or useful appurtenances thereto, including but not limited to fittings, cathodic protection and AC mitigation devices, pipeline markers, pipeline data acquisition and telecommunication equipment, electric service for same, and other appurtenant facilities whether above or below ground ("Pipeline Facilities"), all of which shall be and remain the property of Grantee, for the transportation of natural gas through the following described land(s):

     <**Insert the legal description of the parent tract**> ("Grantor's Land").

     The lands included in this Grant of Easement shall include, in addition to the above described lands, all land, if any, contiguous or adjacent to or adjoining the above described land that is owned by Grantor by an unrecorded instrument upon which the Pipeline Facilities, the Right-of-Way, and/or any Temporary Workspace, as hereinafter defined, may be located.

     The Right-of-Way herein granted shall be a total width of fifty feet (50') as generally shown on the plat which is attached hereto as Exhibit "A" and made part hereof and shall include, as applicable, such other areas as generally shown on Exhibit A as permanent easement areas and/or permanent access roads. The location of said Right-of-Way shall be fixed by the pipeline as initially installed on Grantor's Land.

**EXHIBIT 2**

Grantor also grants to Grantee, its successors and assigns, a temporary easement for the use as temporary work space ("Temporary Workspace") adjacent to the Right-of-Way and, if applicable, a temporary access road to facilitate the construction of the Pipeline Facilities all of which is generally shown on the attached drawing and described as "Temporary Workspace" or "Temporary Access Road." The Temporary Workspace and, if applicable, the Temporary Access Road will expire and revert back to Grantor twenty-four (24) months after the Pipeline Facilities are placed in service.

This Grant of Easement shall include, and Grantee shall have, all other rights and benefits necessary or convenient for the full enjoyment of the use of the rights herein granted, including but not limited to: the rights to remove, clear and to keep clear, at any time in Grantee's sole and absolute discretion and with no additional compensation to Grantor, all buildings, walls or similar structures, above or below ground swimming pool, decks, pipelines and conduits, septic systems, leach fields, wells, rocks, trees, brush, limbs and any other structures or obstructions in or on the Right-of-Way which might interfere with the use of the Right-of-Way or the free and full right of ingress and egress; and to do any other lawful activities which are incidental to or helpful for the intended uses of the Right-of-Way set forth above. After the Pipeline Facilities have been constructed hereunder, Grantee shall not be liable for such damages in the future caused by keeping the Right-of-Way clear.

Grantor shall not change the grade of, excavate, fill or flood the Right-of-Way, or interfere with the Grantee's vegetative maintenance activities to the extent deemed necessary by Grantee.

The rights, title and privileges herein granted may, in whole or in part, be sold, leased, assigned, pledged, and mortgaged, and shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, executors, administrators, successors, assigns and legal representatives.

The failure of Grantee to exercise any rights herein conveyed in any single instance shall not be considered a waiver of such rights and shall not bar Grantee from exercising any such rights in the future, or if necessary, seeking an appropriate remedy in conjunction with such rights.



























# EXHIBIT "A"
## SEC. 29, T-16-S, R-19-E
## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003, AS TO AN UNDIVIDED 1/2 INTEREST; AND MCBRIDE MANAGEMENT – BRR, LLC, A FLORIDA LIMITED LIABILITY COMPANY, AS TO AN UNDIVDED 1/2 INTEREST
TRACT NO. FL-MA-038.060
PIN NO. 34805-004-00

200' X 50' ADDITIONAL TEMPORARY WORKSPACE
PROPOSED 50' WIDE PERMANENT EASEMENT
PROPOSED PIPELINE

35'±, 50', 35', 15', 47'±, 41', 47'±, 15', 35', 50', 50', 35'±

- LENGTH OF PROPOSED PIPELINE .................. 537.6'
- AREA OF PERMANENT EASEMENT .................. 0.60 AC.
- AREA OF TEMPORARY WORKSPACE EASEMENT .......... 0.72 AC.
- AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS ... 0.23 AC.

0   300   600   900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY INSTALLED PIPELINE.

1657-PL-DG-36935

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|---|---|---|---|
| CHECKED BY: | #INIT# | DATE: | 11/11/1111 |
| SCALE: | 1"= 300' | W.O.: | |

| REV. | DESCRIPTION | DATE |
|---|---|---|
| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |

Sabal Trail TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT
MARION COUNTY, FLORIDA

DRAWING NUMBER: FL-MA-038.060   SHEET NO. 1 OF 1   REV. 0

2:14:13 PM   1/23/2015



# EXHIBIT "A"

SEC. 29, T-16-S, R-19-E

MARION COUNTY, FLORIDA

35'±

PROPOSED PIPELINE

50'

SW 170TH AVENUE

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003, AS TO AN UNDIVIDED ½ INTEREST; AND MCBRIDE MANAGEMENT – BRR, LLC, A FLORIDA LIMITED LIABILITY COMPANY, AS TO AN UNDIVIDED ½ INTEREST

TRACT NO. FL-MA-038.070
PIN NO. 34805-002-00

PROPOSED 50' WIDE PERMANENT EASEMENT

50'
35'
15'

35'±

| | |
|---|---|
| LENGTH OF PROPOSED PIPELINE | 630.7' |
| AREA OF PERMANENT EASEMENT | 0.72 AC. |
| AREA OF TEMPORARY WORKSPACE EASEMENT | 0.72 AC. |
| AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS | 0.00 AC. |

0  300  600  900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY INSTALLED PIPELINE.

1657-PL-DG-36933

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|---|---|---|---|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

| O | ISSUED FOR ACQUISITION | 01/23/2015 |
|---|---|---|
| REV. | DESCRIPTION | DATE |

Sabal Trail TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, AND MCBRIDE MANAGEMENT-BRR, LLC
MARION COUNTY,                                    FLORIDA

| DRAWING NUMBER: | SHEET NO. | REV. |
|---|---|---|
| FL-MA-038.070 | 1 OF 1 | 0 |

1:49:25 PM  1/23/2015

