# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

**Plaintiff,**

**vs.**

**+/- 26.02 ACRES OF LAND IN MARION COUNTY FLORIDA, SANDY MCBRIDE AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003; MCBRIDE MANAGEMENT-BRR, LLC; RENASANT BANK, INC.; AND UNKNOWN OWNERS, IF ANY,**

**Defendants.**

_____

_____/

**Case No.:**

**Tract No(s): FL-MA-037.505, FL-MA-038.005, FL-MA-038.010, FL-MA-038.015, FL-MA-038.020, FL-MA-038.025, FL-MA-038.030, FL-MA-038.035, FL-MA-038.040, FL-MA-038.045, FL-MA-038.050, FL-MA-038.055, FL-MA-038.057, FL-MA-038.060, FL-MA-038.065, FL-MA-038.070, FL-MA-038.075**

## NOTICE OF CONDEMNATION

**TO:   SANDY MCBRIDE AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003; MCBRIDE MANAGEMENT-BRR, LLC; RENASANT BANK, INC.; AND UNKNOWN OWNERS, IF ANY**

This Notice of Condemnation is served pursuant to Fed. R. Civ. P. 71.1(d).

1

1.      Plaintiff, Sabal Trail Transmission, LLC ("Sabal Trail"), has filed a complaint in the United States District Court of the Middle District of Florida (Ocala Division) (the "Court") to acquire by condemnation certain easement interests over and across real property which you own or in which you hold an interest (the "Subject Easements").  The subject Easements interests at issue are necessary for Sabal Trail to construct and operate a natural gas pipeline and related facilities and appurtenances in connection with the Sabal Trail Pipeline Project (the "Project) as approved by the Federal Energy Regulatory Commission pursuant to an Order Issuing Certificate dated February 2, 2016 (FERC Docket CP15-17-000) (the "FERC Certificate").

2.      You may have a claim or interest in the property over which the Subject Easements are to be taken by condemnation.  That property is located in Marion County, Florida, and is described more particularly as:

Tax ID No(s):

34793-000-00, 34793-004-00, 34887-000-00, 40867-000-00

3.      The Subject Easements are more fully described in Exhibit "A".

4.      The authority for the taking by condemnation is the Natural Gas Act, 15 U.S.C. § 717f(h) 2014, and the FERC Certificate.

5.     You may serve an answer on the Plaintiff's attorney within 21 days after being served with this Notice.

6.     Failure to serve an answer will constitute consent to the taking and to the Court's authority to proceed with the action and fix the compensation.

7.     If you do not serve an answer, you may file a notice of appearance.

Pursuant to Fed. R. Civ. P. 71.1(d)(2)(B), the name of the Plaintiff's attorney is Bruce M. Harris, Esq.  His telephone number is (407) 843-0404.  His email address is bruce@hhbzlflorida.com.  Mr. Harris may be served at Harris Harris Bauerle Ziegler Lopez, 1201 E. Robinson St., Orlando, FL 32801.

Respectfully submitted,

*s/ Bruce M. Harris*

**BRUCE M. HARRIS, Lead Trial Counsel**
Florida Bar Number: 003697
bruce@hhbzlflorida.com
**GORDON H. HARRIS, ESQ.**
Florida Bar Number: 94513
stumpy@hhbzlflorida.com
**KURTIS T. BAUERLE, ESQ.**
Florida Bar Number: 148504
kurt@hhbzlflorida.com
**FELECIA G. ZIEGLER, ESQ.**

Florida Bar Number: 883514
felecia@hhbzlflorida.com
**EDGAR LOPEZ, ESQ.**
Florida Bar Number: 12917
edgar@hhbzlflorida.com
**HARRIS HARRIS BAUERLE
ZIEGLER LOPEZ**
1201 East Robinson Street
Orlando, Florida  32801
Tel. (407) 843-0404
Fax (407) 843-0444
pleadings@hhbzlflorida.com
Attorneys for Sabal Trail Transmission,
LLC

GRANT OF EASEMENT

STATE OF [*STATE*]

COUNTY OF **<*COUNTY*>**                                    TRACT NO. **<Tract No.>**

    KNOWN ALL BY THESE PRESENTS: that the undersigned **<Owner>**, whose address for purpose of this grant is **<Address>** (hereinafter called "Grantor", whether one or more), for and in consideration of the sum of Ten and 00/100 Dollars ($10.00) and other valuable consideration paid by Sabal Trail Transmission, LLC, a Delaware limited liability company, whose address is 5400 Westheimer Court, Houston, Texas (hereinafter called "Grantee"), the receipt and sufficiency of which are hereby acknowledged, does hereby give, grant, bargain, sell and convey unto Grantee, its successors and assigns, a permanent right-of-way and easement ("Right-of-Way") for the purpose of constructing, laying, maintaining, operating, inspecting, altering, repairing, replacing, removing, reconstructing, relocating, and abandoning a pipeline, from time to time, and any and all necessary or useful appurtenances thereto, including but not limited to fittings, cathodic protection and AC mitigation devices, pipeline markers, pipeline data acquisition and telecommunication equipment, electric service for same, and other appurtenant facilities whether above or below ground ("Pipeline Facilities"), all of which shall be and remain the property of Grantee, for the transportation of natural gas through the following described land(s):

        **<Insert the legal description of the parent tract>** ("Grantor's Land").

    The lands included in this Grant of Easement shall include, in addition to the above described lands, all land, if any, contiguous or adjacent to or adjoining the above described land that is owned by Grantor by an unrecorded instrument upon which the Pipeline Facilities, the Right-of-Way, and/or any Temporary Workspace, as hereinafter defined, may be located.

    The Right-of-Way herein granted shall be a total width of fifty feet (50') as generally shown on the plat which is attached hereto as Exhibit "A" and made part hereof and shall include, as applicable, such other areas as generally shown on Exhibit A as permanent easement areas and/or permanent access roads.  The location of said Right-of-Way shall be fixed by the pipeline as initially installed on Grantor's Land.

```
┌─────────────────┐
│    EXHIBIT      │
│                 │
│       A         │
└─────────────────┘
```

Grantor also grants to Grantee, its successors and assigns, a temporary easement for the use as temporary work space ("Temporary Workspace") adjacent to the Right-of-Way and, if applicable, a temporary access road to facilitate the construction of the Pipeline Facilities all of which is generally shown on the attached drawing and described as "Temporary Workspace" or "Temporary Access Road."  The Temporary Workspace and, if applicable, the Temporary Access Road will expire and revert back to Grantor twenty-four (24) months after the Pipeline Facilities are placed in service.

This Grant of Easement shall include, and Grantee shall have, all other rights and benefits necessary or convenient for the full enjoyment of the use of the rights herein granted, including but not limited to:  the rights to remove, clear and to keep clear, at any time in Grantee's sole and absolute discretion and with no additional compensation to Grantor, all buildings, walls or similar structures, above or below ground swimming pool, decks, pipelines and conduits, septic systems, leach fields, wells, rocks, trees, brush, limbs and any other structures or obstructions in or on the Right-of-Way which might interfere with the use of the Right-of-Way or the free and full right of ingress and egress; and to do any other lawful activities which are incidental to or helpful for the intended uses of the Right-of-Way set forth above.  After the Pipeline Facilities have been constructed hereunder, Grantee shall not be liable for such damages in the future caused by keeping the Right-of-Way clear.

Grantor shall not change the grade of, excavate, fill or flood the Right-of-Way, or interfere with the Grantee's vegetative maintenance activities to the extent deemed necessary by Grantee.

The rights, title and privileges herein granted may, in whole or in part, be sold, leased, assigned, pledged, and mortgaged, and shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, executors, administrators, successors, assigns and legal representatives.

The failure of Grantee to exercise any rights herein conveyed in any single instance shall not be considered a waiver of such rights and shall not bar Grantee from exercising any such rights in the future, or if necessary, seeking an appropriate remedy in conjunction with such rights.

# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



35'±

91' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

50'

15'

35'

50'

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-037.505
PIN NO. 34805-017-00

189'±

SW 100TH ST

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . . 1,683.1'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . . . 1.94 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . . 1.89 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.10 AC.

0    300    600    900

SCALE IN FEET

**Sabal Trail**
TRANSMISSION℠

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

| DRAWN BY: | SGC | DATE: | 12/23/2014 |
| CHECKED BY: | GB | DATE: | 01/05/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, ET. AL.

MARION COUNTY,                    FLORIDA

| | | | DRAWING NUMBER: | | | |
| 0 | ISSUED FOR ACQUISITION | 01/20/2015 | FL-MA-037.505 | SHEET NO. 1 OF 1 | REV. 0 |
| REV. | DESCRIPTION | DATE | | | |

1657-PL-DG-36924

12:08:19 PM      1/20/2015



# EXHIBIT "A"

### SEC. 20, T-16-S, R-19-E

### MARION COUNTY, FLORIDA

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT—BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL—MA—038.005
PIN NO. 34805—016—00

PROPOSED
PIPELINE

190'±

50'

15'
35'
50'

115'±

PROPOSED 50' WIDE
PERMANENT EASEMENT

SEE DETAIL

SW 100TH ST

DETAIL
NOT TO SCALE

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 101.7'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . 0.12 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.12 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.00 AC.

0        300        600        900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT—OF—WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

Sabal Trail
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                                FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

DRAWING
NUMBER:   FL—MA—038.005

| SHEET NO. | REV. |
| 1 OF 1 | 0 |

K:\PROJECTS\172001 — Sabal Trail\survey\WORK\Long_Lead\SKETCHES\DWG'S\FL—MA—038.005.dwg

1657-PL-DG-36947

1:59:56 PM          1/23/2015

Case 5:16-cv-00207-TJC-PRL   Document 1-5   Filed 03/18/16   Page 9 of 23 PageID 148

# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003, AS TO AN UNDIVIDED 1/2 INTEREST; AND MCBRIDE MANAGEMENT — BRR, LLC, A FLORIDA LIMITED LIABILITY COMPANY, AS TO AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL—MA—038.010
PIN NO. 34805—015—00

115'±
50'
50'
35'
15'
SW 170TH AVE

PROPOSED 50' WIDE
PERMANENT EASEMENT

39'±

PROPOSED
PIPELINE

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . . 311.9'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . . 0.35 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.38 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.00 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT—OF—WAY AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY INSTALLED PIPELINE.

1657-PL-DG-36945

0        300        600        900
SCALE IN FEET

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                                    FLORIDA

| DRAWING NUMBER: | | SHEET NO. | REV. |
| 0 | ISSUED FOR ACQUISITION | 01/23/2015 | FL—MA—038.010 | 1 OF 1 | 0 |
| REV. | DESCRIPTION | DATE | | | |

K:\PROJECTS\172001 - Sabal Trail\survey\WORK\Long_Lead\SKETCHES\DWGS\FL—MA—038.010.dwg

3:52:20 PM        1/23/2015

# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER TRUST
AGREEMENT DATED JULY 7, 2003, AS TO AN
UNDIVIDED 1/2 INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO AN
UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.015
PIN NO. 34805-014-00

PROPOSED 50' WIDE PERMANENT EASEMENT

PROPOSED PIPELINE

39'±

70'±

SEE DETAIL

PROPOSED 50' WIDE PERMANENT EASEMENT

PROPOSED PIPELINE

349' X 25' ADDITIONAL TEMPORARY WORKSPACE

SW 170TH AVE

39'±

50'

50'
35'
15'

50'
35'
15'

70'±

DETAIL
NOT TO SCALE

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . .   350.4'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . .   0.40 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . .   0.42 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . .   0.20 AC.

| 0 | 300 | 600 | 900 |
|---|-----|-----|-----|

SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY INSTALLED PIPELINE.

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|-----------|-----|-------|------------|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

**Sabal Trail**
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                          FLORIDA

1657-PL-DG-36944

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
|---|------------------------|------------|
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER: FL-MA-038.015

SHEET NO. 1 OF 1     REV. 0

K:\PROJECTS\172001 — Sabal Trail\survey\WORK\Long_Lead\SKETCHES\DWGS\FL-MA-038.015.dwg

3:46:17 PM     1/23/2015



# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST
AGREEMENT DATED JULY 7, 2003, AS TO AN
UNDIVIDED 1/2 INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO AN
UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.020
PIN NO. 34805-013-00

333' X 25'
ADDITIONAL
TEMPORARY
WORKSPACE

70'±
50'
35'
15'
50'
50'
35'
15'
35'±

SW 170TH AVE

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 643.1'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.74 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.74 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.19 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36943

0   300   600   900
SCALE IN FEET

## Sabal Trail
### TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION,                                      FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER: FL-MA-038.020

SHEET NO. 1 OF 1

REV. 0

3:40:56 PM          1/23/2015

K:\PROJECTS\172001 — Sabal Trail\survey\WORK\Long Lead\SKETCHES\DWGS\FL-MA-038.020.dwg



# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST
AGREEMENT DATED JULY 7, 2003, AS TO AN
UNDIVIDED 1/2 INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO AN
UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.025
PIN NO. 34805-012-00

35'±
50'
50'
35'
15'
PROPOSED PIPELINE
SW 170TH AVE
PROPOSED 50' WIDE PERMANENT EASEMENT
36'±
SEE DETAIL

PROPOSED PIPELINE
77' X 50' ADDITIONAL TEMPORARY WORKSPACE
50'
50'
35'
15'
PROPOSED 50' WIDE PERMANENT EASEMENT
22'
14'
44'

DETAIL
NOT TO SCALE

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . . 610.5'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . 0.70 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.73 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.09 AC.

0    300    600    900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36942

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

**Sabal Trail**
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION,                                    FLORIDA

| | | | | DRAWING NUMBER: | | SHEET NO. | | REV. |
| O | ISSUED FOR ACQUISITION | 01/23/2015 | | FL-MA-038.025 | | 1 OF 1 | | 0 |
| REV. | DESCRIPTION | DATE | | | | | | |

K:\PROJECTS\1172001 — Sabal Trail\survey\WORK\Long_Lead\SKETCHES\DWGS\FL—MA—038.025.dwg

3:32:45 PM        1/23/2015

# EXHIBIT "A"

## SEC. 20, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



123' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

44'±   54'±

73'±

50'

15'

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT
DATED JULY 7, 2003, AS TO AN UNDIVIDED ½ INTEREST; AND
MCBRIDE MANAGEMENT — BRR, LLC, A FLORIDA LIMITED
LIABILITY COMPANY, AS TO AN UNDIVIDED ½ INTEREST
TRACT NO. FL-MA-038.030
PIN NO. 34805-011-00

35'
50'

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

SW 170TH AVENUE

35'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . .   571.2'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . .   0.65 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . .   0.73 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . .   0.14 AC.

0        300        600        900

SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

**Sabal Trail**
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, AND MCBRIDE MANAGEMENT-BRR, LLC

MARION COUNTY,                                    FLORIDA

| | | | | |
| --- | --- | --- | --- | --- |
| 0 | ISSUED FOR ACQUISITION | 01/23/2015 | DRAWING NUMBER: | FL-MA-038.030 |
| REV. | DESCRIPTION | DATE | | |

DRAWING
NUMBER:  FL-MA-038.030

SHEET NO.  1 OF 1

REV.  0

1657-PL-DG-36941

3:23:34 PM        1/23/2015

Case 5:16-cv-00207-TJC-PRL   Document 1-5   Filed 03/18/16   Page 14 of 23 PageID 153



# EXHIBIT "A"

### SEC. 20, T-16-S, R-19-E
### MARION COUNTY, FLORIDA

35'±

50'

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

50'
35'
15'

35'±

P̲L̲

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.035
PIN NO. 34805-010-00

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . .  638.4'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . .  0.73 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . .  0.73 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . .  0.00 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36940

K:\PROJECTS \172001 — Sabal Trail\survey\WORK\Long Lead\SKETCHES\DWG'S\FL—MA—038.035.dwg

9:39:36 AM    2/2/2015

| | SCALE IN FEET | | |
|---|---|---|---|
| 0 | 300 | 600 | 900 |

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|---|---|---|---|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 02/02/2015 | DRAWING NUMBER: | FL-MA-038.035 | SHEET NO. 1 OF 1 | REV. 0 |
|---|---|---|---|---|---|---|
| REV. | DESCRIPTION | DATE | | | | |

Case 5:16-cv-00207-TJC-PRL   Document 1-5   Filed 03/18/16   Page 15 of 23 PageID 154



# EXHIBIT "A"

### SEC. 20,29, T-16-S, R-19-E

### MARION COUNTY, FLORIDA

35'±

PROPOSED 50' WIDE
PERMANENT EASEMENT

50'

35'

PROPOSED
PIPELINE

15'

50'

35'±

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT – BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.040
PIN NO. 34805-009-00

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 647.4'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.74 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . . 0.74 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.00 AC.

| 0 | 300 | 600 | 900 |
|---|-----|-----|-----|

SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|-----------|-----|-------|------------|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY, FLORIDA

| | | | |
|---|---|---|---|
| 0 | ISSUED FOR ACQUISITION | 01/23/2015 | |
| REV. | DESCRIPTION | DATE | |

DRAWING
NUMBER:
FL-MA-038.040

SHEET NO.
1 OF 1

REV.
0

1657-PL-DG-36939

K:\PROJECTS\1172001 – Sabal Trail\survey\WORK\Long_Leaf\SKETCHES\DWGS\FL–MA–038.040.dwg

2:52:31 PM          1/23/2015

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT DATED JULY 7, 2003, AS TO AN UNDIVIDED 1/2 INTEREST; AND MCBRIDE MANAGEMENT — BRR, LLC, A FLORIDA LIMITED LIABILITY COMPANY, AS TO AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.045
PIN NO. 34805-008-00

PROPOSED PIPELINE

PROPOSED 50' WIDE PERMANENT EASEMENT

200' X 50' ADDITIONAL TEMPORARY WORKSPACE

35'±   15'   35'   50'   47'±   40'   47'±   15'   50'   35'   50'   35'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . 542.4'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.61 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.72 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.23 AC.

0    300    600    900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY INSTALLED PIPELINE.

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | STH | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT - BRR, LLC

MARION COUNTY,                    FLORIDA

| O | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER: FL-MA-038.045    SHEET NO. 1 OF 1    REV. 0

1657-PL-DG-36938

2:48:13 PM        1/23/2015        ————

K:\PROJECTS\1172001 – Sabal Trail\survey WORK\Long Lead\SKETCHES\DWGS\FL—MA—038.045.dwg



# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVIDED 1/2 INTEREST
TRACT NO. FL-MA-038.050
PIN NO. 34805-007-00

35'±

50'
15'
35'
50'

433'

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

10'
50'
25'
25'

180'

325' X 25'
ADDITIONAL
TEMPORARY
WORKSPACE

87'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 645.6'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.74 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.74 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.19 AC.

0    300    600    900
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36937

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT - BRR, LLC

MARION COUNTY,                                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER: FL-MA-038.050

SHEET NO. 1 OF 1

REV. 0

K:\PROJECTS\1723001 — Sabal Trail\survey\WORK\Long Lead\SKETCHES\DWG'S\FL—MA—038.050.dwg

2:38:53 PL       1/23/2015

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED $\frac{1}{2}$
INTEREST;  AND MCBRIDE
MANAGEMENT – BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVDED $\frac{1}{2}$ INTEREST
TRACT NO. FL–MA–038.055
PIN NO. 34805–005–00

PROPOSED 50' WIDE
PERMANENT EASEMENT

35'±
15'
50'
35'
PROPOSED
PIPELINE
35'±
50'

DETAIL
NOT TO SCALE

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

SEE DETAIL

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . .  80.0'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . .  0.09 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . .  0.09 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . .  0.00 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36936

0       300      600      900
SCALE IN FEET

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                                    FLORIDA

| | | | DRAWING NUMBER: | | |
| O | ISSUED FOR ACQUISITION | 01/23/2015 | | SHEET NO. | REV. |
| REV. | DESCRIPTION | DATE | FL–MA–038.055 | 1 OF 1 | 0 |

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



87'±

608'±

10'

40'

50'

25'

25'

45' X 25'
ADDITIONAL
TEMPORARY
WORKSPACE

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED ½
INTEREST; AND
MCBRIDE MANAGEMENT – BRR, LLC,
A FLORIDA LIMITED LIABILITY
COMPANY, AS TO AN UNDIVIDED ½
INTEREST
TRACT NO. FL-MA-038.057
PIN NO. 34805-006-00

360' X 25'
ADDITIONAL
TEMPORARY
WORKSPACE

50'

PROPOSED
PIPELINE

PROPOSED 50' WIDE
PERMANENT EASEMENT

50'

35'

15'

35'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . . 1,197.4'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . . 1.38 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 1.37 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.23 AC.

| 0 | | 200 | | 400 | | 600 |
SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36946

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 200' | W.O.: | |

**Sabal Trail**
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, AND MCBRIDE MANAGEMENT-BRR, LLC

MARION COUNTY,                                                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

| DRAWING NUMBER: | SHEET NO. | REV. |
| FL-MA-038.057 | 1 OF 1 | 0 |

K:\PROJECTS\172001 – Sabal Trail\survey\WORK\Long_Lead\SKETCHES\DWGS\FL—MA—038.057.dwg

1:39:40 PM        1/23/2015

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT – BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVDED 1/2 INTEREST
TRACT NO. FL–MA–038.060
PIN NO. 34805–004–00

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE

35'± 50' 35' 15' 47'± 47'± 15' 35' 50' 50' 41' 35'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . . 537.6'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . . 0.60 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . . 0.72 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.23 AC.

0  300  600  900
SCALE IN FEET

## Sabal Trail
TRANSMISSION℠

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT–OF–WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

| DRAWN BY: SGC | DATE: 01/16/2015 |
| CHECKED BY: #INIT# | DATE: 11/11/1111 |
| SCALE: 1"= 300' | W.O.: |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT
MARION COUNTY,                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER: FL–MA–038.060 | SHEET NO. 1 OF 1 | REV. 0

1657-PL-DG-36935

Case 5:16-cv-00207-TJC-PRL   Document 1-5   Filed 03/18/16   Page 21 of 23 PageID 160

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA



35'±

PL          PL

50'

PROPOSED 50' WIDE
PERMANENT EASEMENT

PROPOSED
PIPELINE    50'

PL

15',
35'

PL         PL

35'±

SANDY MCBRIDE, AS TRUSTEE UNDER
TRUST AGREEMENT DATED JULY 7,
2003, AS TO AN UNDIVIDED 1/2
INTEREST; AND MCBRIDE
MANAGEMENT — BRR, LLC, A FLORIDA
LIMITED LIABILITY COMPANY, AS TO
AN UNDIVDED 1/2 INTEREST
TRACT NO. FL-MA-038.065
PIN NO. 34805-003-00

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 631.9'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.73 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.72 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.00 AC.

| 0 | 300 | 600 | 900 |
|---|---|---|---|

SCALE IN FEET

**Sabal Trail**
TRANSMISSION℠

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36934

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|---|---|---|---|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE AND MCBRIDE MANAGEMENT

MARION COUNTY,                  FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
|---|---|---|
| REV. | DESCRIPTION | DATE |

DRAWING NUMBER:
FL-MA-038.065

| SHEET NO. | REV. |
|---|---|
| 1 OF 1 | 0 |

2:09:25 PM     1/23/2015

K:\PROJECTS\1723001 — Sabal Trail\survey\WORK\Long_Leod\SKETCHES\DWG'S\FL—MA—038.065.dwg

# EXHIBIT "A"

## SEC. 29, T-16-S, R-19-E

## MARION COUNTY, FLORIDA

P⌐L

35'±

PROPOSED
PIPELINE

SW 170TH AVENUE

50'

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT DATED
JULY 7, 2003, AS TO AN UNDIVIDED ½ INTEREST; AND
MCBRIDE MANAGEMENT — BRR, LLC, A FLORIDA LIMITED LIABILITY
COMPANY, AS TO AN UNDIVIDED ½ INTEREST
TRACT NO. FL-MA-038.070
PIN NO. 34805-002-00

P⌐L

PROPOSED 50' WIDE
PERMANENT EASEMENT

50'

35'

15'

P⌐L

35'±

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . . 630.7'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . . 0.72 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . 0.72 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . . 0.00 AC.

| 0 | 300 | 600 | 900 |
|---|---|---|---|

SCALE IN FEET

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36933

Sabal Trail
TRANSMISSION℠

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
|---|---|---|---|
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, AND MCBRIDE MANAGEMENT-BRR, LLC

MARION COUNTY,                                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 |
|---|---|---|
| REV. | DESCRIPTION | DATE |

| DRAWING NUMBER: FL-MA-038.070 | SHEET NO. 1 OF 1 | REV. 0 |
|---|---|---|

K:\PROJECTS\1172001 — Sabal Trail\survey\WORK\Long   Leod\SKETCHES\DWGS\FL—MA—038.070.dwg

1:49:25 PM          1/23/2015

Case 5:16-cv-00207-TJC-PRL   Document 1-5   Filed 03/18/16   Page 23 of 23 PageID 162



## EXHIBIT "A"

### SEC. 29, T-16-S, R-19-E
### MARION COUNTY, FLORIDA

SEE DETAIL

SANDY MCBRIDE, AS TRUSTEE UNDER TRUST AGREEMENT
DATED JULY 7, 2003, AS TO AN UNDIVIDED ½ INTEREST; AND
MCBRIDE MANAGEMENT – BRR, LLC, A FLORIDA LIMITED
LIABILITY COMPANY, AS TO AN UNDIVIDED ½ INTEREST
TRACT NO. FL-MA-038.075
PIN NO. 34805-001-00

35'±
SW 170TH AVENUE
11'±

CR-484

PROPOSED 50' WIDE
PERMANENT EASEMENT

50'
35'
50'
15'

PROPOSED
PIPELINE

59'
118'±

50'
40'
25'
25'
10'

200' X 50'
ADDITIONAL
TEMPORARY
WORKSPACE

50'
50'
35'
15'

DETAIL
NOT TO SCALE

0   300   600   900
SCALE IN FEET

LENGTH OF PROPOSED PIPELINE . . . . . . . . . . . . . . . . .   620.6'

AREA OF PERMANENT EASEMENT . . . . . . . . . . . . . . . . .   0.71 AC.

AREA OF TEMPORARY WORKSPACE EASEMENT . . . . . . . . . .   0.68 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE EASEMENTS . . .   0.23 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS DERIVED FROM A FIELD
SURVEY BASED ON NAD83 UTM ZONE 17N PERFORMED BY SABAL TRAIL
TRANSMISSION FOR THE SOLE PURPOSE OF CREATING A RIGHT-OF-WAY
AND REPRESENTS THE CONDITIONS AS THEY EXISTED ON THE GROUND
AS OF THE SURVEY. PROPERTY BOUNDARIES SHOWN ARE BASED ON
INFORMATION RECEIVED FROM A THIRD PARTY, AND THE PROPOSED
PIPELINE LOCATION IS BASED ON FIELD SURVEY. THE PROPOSED
EASEMENT SHOWN SHALL BE FIXED AND DETERMINED BY THE INITIALLY
INSTALLED PIPELINE.

1657-PL-DG-36932

| DRAWN BY: | SGC | DATE: | 01/16/2015 |
| CHECKED BY: | GB | DATE: | 01/16/2015 |
| SCALE: | 1"= 300' | W.O.: | |

**Sabal Trail**
TRANSMISSION℠

SABAL TRAIL TRANSMISSION
PROPOSED PIPELINE
CROSSING PROPERTY OF
SANDY MCBRIDE, AND MCBRIDE MANAGEMENT-BRR, LLC

MARION COUNTY,                                    FLORIDA

| 0 | ISSUED FOR ACQUISITION | 01/23/2015 | DRAWING NUMBER: | FL-MA-038.075 | SHEET NO. 1 OF 1 | REV. 0 |
| REV. | DESCRIPTION | DATE | | | | |

1:46:00 PM      1/23/2015